**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Rogelio De La Cerda v. Yadira Elizabeth Jaramillo

Appellate case number:   01-17-00595-CV

Trial court case number:  2016-78567

Trial court:                      311th District Court of Harris County

On August 11, 2017, appellant, Rogelio De La Cerda, filed his appellant's brief. Appellee, Yadira Elizabeth Jaramillo, had a briefing deadline of September 11, 2017 in which to file her brief, but no brief has been filed. On September 20, 2017, we notified appellee that we would set the case for submission without an appellee's brief unless appellee filed (1) a motion to extend time to file her brief or (2) her brief accompanied by a motion to extend time. Appellee has neither filed a motion to extend time or her appellee's brief. Accordingly, the case is hereby set at issue.

The time for filing the APPELLEE'S brief has expired. *See* TEX. R. APP. P. 38.6(b). Further, appellee's deadline for responding to the notice issued by this Court on September 20, 2017, requiring appellee to file either a brief or a motion to extend time to file her brief, has expired. Accordingly, this case is now at issue and ready to be set for submission.

Additionally, appellant is incarcerated and filed a statement of inability to afford payment of costs in the trial court and on appeal. *See* TEX. R. APP. P. 20.1. The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

Appellant's "Motion to Expedite Matters" is denied as moot.

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
                              ☒ Acting individually      ☐ Acting for the Court

Date: December 12, 2017